1  Debra Healy Deem (Cal. Bar No. 89183)
   Brandon Q. Tran (Cal. Bar No. 223435)
2  **BUCHALTER NEMER**
   A Professional Corporation
3  18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
4  Telephone: (949) 760-1121
   Facsimile: (949) 720-0182
5  E-mail: btran@buchalter.com

6  Attorneys for Plaintiff DIRECTV, INC.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11  DIRECTV, INC., a California corporation,   Case No. CV-03-4882 JSW

12            Plaintiff,                       Hon. Jeffrey S. White

13       vs.                                   **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL HIGH;**
14  MICHAEL HIGH, et al.,                      [~~PROPOSED~~] **ORDER THEREON**

15            Defendants.

16

17            Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")

18  hereby respectfully requests that the Court enter an Order dismissing the above-captioned action

19  with prejudice as to Defendant Michael High ("Defendant"). This request is made on the grounds

20  that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to

21  the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against

22  Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action to date.

23            Although on December 10, 2004 this Court dismissed without prejudice

24  DIRECTV's claims against Defendant, DIRECTV is obligated under the terms of the settlement

25  agreement to take all reasonable steps to obtain a dismissal of this action with prejudice against

26  Defendant, each party to bear its/his own costs and attorneys' fees. DIRECTV files this Request

27  in fulfillment of that obligation.

28  / / /

1   Defendant answered the Complaint on or about March 18, 2004.  DIRECTV,
2 therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court
3 order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an
4 order dismissing Defendant with prejudice.
5   Defendant Michael High is the last remaining active Defendant in this action.  This
6 entire action as to all remaining claims is therefore terminated in full.

7 DATED: April 14, 2006          Respectfully Submitted,

8             BUCHALTER NEMER
            A Professional Corporation
9

10
            By:        /s/ Brandon Q. Tran
11                 Brandon Q. Tran
             Attorneys for Plaintiff DIRECTV, Inc.
12

13

14 **ORDER**

15   Having read the foregoing Request for Voluntary Dismissal of Defendant Michael
16 High filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate
17 by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:
18   1.   This action is hereby dismissed with prejudice as against Defendant Michael High;
19   2.   Each party shall bear its/his own attorneys' fees and costs incurred in this action to
20 date; and
21   3.   As Defendant Michael High is the last remaining active Defendant in this action,
22 this entire action as to all remaining claims is hereby terminated in full.
23 DATED:  April 17, 2006

24        _____
         Honorable Jeffrey S. White
25        United States District Court
         Northern District of California
26

27

28
BN 827668v1                    2                    (CV-03-4882 JSW)
**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL HIGH;
[PROPOSED] ORDER THEREON**